JOSEPH SPENCER *versus* GIDEON J. LEET.

JOURNAL ENTRIES (1826): *Journal 4:* (1) Stricken from docket *p. 95.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.
*1824–36 Calendar,* MS p. 68.